B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re   **B&L EQUIPMENT RENTALS, INC.**
                                            Debtor(s)

Case No. _____
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Rod Rodriguez, et al<br>c/o Edwin Aiwazian, Esq.<br>Lawyers for Justice, PC<br>410 West Arden Avenue, Suite 203<br>Glendale, CA 91203 | Rod Rodriguez, et al<br>c/o Edwin Aiwazian, Esq.<br>Lawyers for Justice, PC<br>Glendale, CA 91203 | Complaint- Kern County Superior Court Case No. S-1500-CV-282709-DRL | | 1,500,000.00 |
| UC One, LLC<br>c/o Premier Management Company<br>P.O. Box 9116<br>Bakersfield, CA 93389 | UC One, LLC<br>c/o Premier Management Company<br>P.O. Box 9116<br>Bakersfield, CA 93389 | Deficiency on leased property | Contingent<br>Unliquidated<br>Disputed | 100,740.00 |
| Merritt Enterprises<br>P.O. Box 297<br>Haslet, TX 76052 | Merritt Enterprises<br>P.O. Box 297<br>Haslet, TX 76052 | Purchase of equipment and vehicles | | 120,518.50<br><br>(94,100.00 secured) |
| Level 3 Communication<br>P.O. Box 910182<br>Denver, CO 80291 | Level 3 Communication<br>P.O. Box 910182<br>Denver, CO 80291 | Telephone services | | 20,000.00 |
| Bank of America<br>P.O. Box 660576<br>Dallas, TX 75266-0576 | Bank of America<br>P.O. Box 660576<br>Dallas, TX 75266-0576 | Purchase of Equipment | | 465,081.95<br><br>(450,000.00 secured) |
| Bank of America Leasing<br>P.O. Box 100918<br>Atlanta, GA 30384-0918 | Bank of America Leasing<br>P.O. Box 100918<br>Atlanta, GA 30384-0918 | Purchase of Equipment | | 98,528.92<br><br>(85,800.00 secured) |
| Bank of America Leasing<br>P.O. Box 100918<br>Atlanta, GA 30384-0918 | Bank of America Leasing<br>P.O. Box 100918<br>Atlanta, GA 30384-0918 | Purchase of Equipment | | 68,090.14<br><br>(56,000.00 secured) |
| GE Capital<br>P.O. Box 31001-1351<br>Pasadena, CA 91110-1351 | GE Capital<br>P.O. Box 31001-1351<br>Pasadena, CA 91110-1351 | Purchase of Vehicle | | 43,571.63<br><br>(32,075.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re  B&L EQUIPMENT RENTALS, INC.
_____
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ally<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | Ally<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | Purchase of Vehicle | | 31,124.82<br><br>(23,787.00 secured) |
| Ally<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | Ally<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | Purchase of Vehicle | | 30,860.35<br><br>(24,078.00 secured) |
| Bank of America Leasing<br>P.O. Box 100918<br>Atlanta, GA 30384-0918 | Bank of America Leasing<br>P.O. Box 100918<br>Atlanta, GA 30384-0918 | Purchase of Equipment | | 106,299.61<br><br>(101,000.00 secured) |
| Bank of America Leasing<br>P.O. Box 100918<br>Atlanta, GA 30384-0918 | Bank of America Leasing<br>P.O. Box 100918<br>Atlanta, GA 30384-0918 | Purchase of Equipment | | 34,912.66<br><br>(33,000.00 secured) |
| Bank of America Leasing<br>P.O. Box 100918<br>Atlanta, GA 30384-0918 | Bank of America Leasing<br>P.O. Box 100918<br>Atlanta, GA 30384-0918 | Purchase of Equipment | | 21,011.02<br><br>(20,000.00 secured) |
| Bank of America Leasing<br>P.O. Box 100918<br>Atlanta, GA 30384-0918 | Bank of America Leasing<br>P.O. Box 100918<br>Atlanta, GA 30384-0918 | Purchase of Equipment | | 45,722.86<br><br>(45,000.00 secured) |
| Bank of America Leasing<br>P.O. Box 100918<br>Atlanta, GA 30384-0918 | Bank of America Leasing<br>P.O. Box 100918<br>Atlanta, GA 30384-0918 | Purchase of Equipment | | 45,722.86<br><br>(45,000.00 secured) |
| Ivan Medrano, et al<br>c/o B. Christine Park, Esq.<br>Christine Park Law Firm<br>3731 Wilshire Blvd., Suite 612<br>Los Angeles, CA 90010 | Ivan Medrano, et al<br>c/o B. Christine Park, Esq.<br>Christine Park Law Firm<br>Los Angeles, CA 90010 | Complaint-Los Angeles County Superior Court - Case No. BC595884 | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Sarai Medrano<br>c/o Department of Fair Employment and Housing<br>2218 Kausen Drive, Suite<br>Elk Grove, CA 95758 | Sarai Medrano<br>c/o Department of Fair Employment and Housing<br>Elk Grove, CA 95758 | Complaint-Department of Fair Employment and Housing DFEH No. 443614-139721 | Contingent<br>Unliquidated<br>Disputed | Unknown |

B4 (Official Form 4) (12/07) - Cont.
In re   **B&L EQUIPMENT RENTALS, INC.**                              Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 30, 2015**                Signature **/s/ Lawrence F. Jenkins**
                                                    **Lawrence F. Jenkins**
                                                    **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C. §§ 152 and 3571.